8:48 AM
02/23/10
Accrual Basis

# FEX, INC. DBA CREW HEALTH AND FITNESS
## Profit & Loss
### January through December 2009

|  | Jan - Dec 09 |
|---|---:|
| **BANK LOAN INTEREST EXPENSE** | |
|   COMPASS LINE OF CREDIT | 4,177.21 |
|   WACHOVIA LINE OF CREDIT | 1,239.14 |
|   WELLS FARGO LINE OF CREDIT | 3,636.00 |
| **Total BANK LOAN INTEREST EXPENSE** | 9,052.35 |
| BUILDING MAINTENANCE | 3,748.64 |
| Childcare Expenses | 1,588.96 |
| CITY/COUNTY FEES | 16.00 |
| COMPUTER SOFTWARE/MISC EXPENSE | 2,899.42 |
| COMPUTER SUPPLIES/MAINTENANCE | 210.04 |
| **CREDIT CARD FINANCE CHARGES** | |
|   AMERICAN EXPRESS | 4.95 |
|   MASTERCARD | 460.23 |
|   CREDIT CARD FINANCE CHARGES - Other | 538.60 |
| **Total CREDIT CARD FINANCE CHARGES** | 1,003.78 |
| DONATIONS & CONTRIBUTIONS | 1,542.86 |
| DUES AND SUBSCRIPTIONS | 3,125.89 |
| EMPLOYEE GIFTS | 5,611.76 |
| Equipment Rental - Office | 37.62 |
| FACILITY PLANTS/DECOR | 3,094.80 |
| INSURANCE COSTS | 11,822.11 |
| JANITORIAL MATERIALS AND COSTS | 6,437.87 |
| JANITORIAL SERVICE | 6,996.61 |
| Late Fees | 1,053.07 |
| Lease Expense - Equipment | 95,927.85 |
| LICENSES & PERMITS | 731.15 |
| MAIL-OUT (DIRECT) EXPENSE | 12,809.89 |
| MARKETING | 23,198.68 |
| MEMBERSHIP REIMBURSEMENT | 4,272.42 |
| MISC CLUB MAINTENANCE | 3,107.15 |
| OFFICE SUPPLIES | 10,902.01 |
| PARKING FOR MEMBERS | 12,009.00 |
| POSTAGE | 676.61 |
| PROFESSIONAL FEES | 12,064.80 |
| Reconciliation Discrepancies | -100.01 |
| RENT | 231,263.48 |
| **STOCKHOLDER INTEREST EXPENSE** | |
|   ALBEE LOAN INTEREST | 18,606.69 |
| **Total STOCKHOLDER INTEREST EXPENSE** | 18,606.69 |
| Suspense | 3.25 |
| TELEPHONE COSTS | 9,425.16 |
| Training & Development | 287.81 |
| **UTILITIES** | |
|   ELECTRIC | 26,397.63 |
|   GAS | 1,066.19 |
|   Water | 466.28 |
|   UTILITIES - Other | 2,354.11 |
| **Total UTILITIES** | 30,284.21 |
| WEB SITE COSTS & MAINTENANCE | 710.00 |
| **Total Expense** | 530,416.11 |
| **Net Ordinary Income** | -90,988.87 |
| **Other Income/Expense** | |
|   Other Income | |
|     MISCELLANEOUS GENERAL INCOME | 200.00 |
|   **Total Other Income** | 200.00 |

8:48 AM
02/23/10
Accrual Basis

# FEX, INC. DBA CREW HEALTH AND FITNESS
## Profit & Loss
### January through December 2009

|  | Jan - Dec 09 |
|---|---:|
| **Other Expense** | |
| CREDIT CARD CHARGEBACKS | 23,681.36 |
| DELIVERY SERVICE | 250.00 |
| ELECTRICAL WIRING | 349.00 |
| EMPLOYEE UNIFORMS | 1,591.63 |
| FRANCHISE TAXES PAID | 2,130.51 |
| PROPERTY TAXES | 1,863.40 |
| SALES TAX PENALTY & INTEREST | 33,833.93 |
| **Total Other Expense** | 63,699.83 |
| **Net Other Income** | -63,499.83 |
| **Net Income** | -154,488.70 |