8:54 AM
02/23/10
Accrual Basis

# FEX, INC. DBA CREW HEALTH AND FITNESS
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| CASH DRAWER | 252.50 |
| MED-CREW WA-MU | 84.92 |
| WASHINGTON MUTUAL - 2074 | 194.90 |
| WASHINGTON MUTUAL - 7317 | 100.00 |
| **Total Checking/Savings** | 632.32 |
| **Accounts Receivable** | |
| Accounts Receivable | 257,448.03 |
| **Total Accounts Receivable** | 257,448.03 |
| **Other Current Assets** | |
| ACCOUNT RECEIVABLE - MED CREW | 147.13 |
| EMPLOYEE ADVANCES | 575.00 |
| **Total Other Current Assets** | 722.13 |
| **Total Current Assets** | 258,802.48 |
| **Fixed Assets** | |
| ACCUMULATED DEPRECIATION | -293,799.00 |
| EQUIPMENT | 196,420.00 |
| EQUIPMENT - HEALTH CLUB | 11,222.21 |
| EQUIPMENT - OFFICE | 9,434.51 |
| Equipment - Sterling Financial | 30,957.98 |
| FIXED ASSETS | 35,554.00 |
| FURNITURE | 3,037.43 |
| FURNITURE AND FIXTURES | 18,946.97 |
| LEASEHOLD IMPS - WASHINGTON | 503,184.58 |
| SIGNS | 18,239.11 |
| **Total Fixed Assets** | 533,197.79 |
| **Other Assets** | |
| Lease Deposit - 4826 Washington | 1,819.12 |
| PREPAY-MAIN ST 1ST & LAST | 2,605.02 |
| PREPAY-NAT'L FUND 1ST & LAST | 9,207.84 |
| PREPAY - GENESIS 1ST & LAST | 9,753.33 |
| **Total Other Assets** | 23,385.31 |
| **TOTAL ASSETS** | **815,385.58** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| AMEX - Dirk Hunter | 271.82 |
| CREDIT CARD CREDITS | -1,006.42 |
| **Total Credit Cards** | -734.60 |
| **Other Current Liabilities** | |
| ACCOUNT PAYABLE - BEST BUY | 3,329.96 |
| COMPASS LINE OF CREDIT | 19,919.60 |
| LEASE PAYABLE - FIN PACIFIC | 0.01 |
| LEASE PAYABLE - STERLING FIN | 9,158.02 |
| N/P - MISSION MILIAM | 13,465.00 |
| PAYROLL TAX PAYABLE | 430.30 |
| SALES TAX PAYABLE | 289.46 |
| WACHOVIA LINE OF CREDIT | 89,000.00 |
| WELLS FARGO LINE OF CREDIT | 20,000.00 |
| **Total Other Current Liabilities** | 155,592.35 |
| **Total Current Liabilities** | 154,857.75 |
| **Total Liabilities** | 154,857.75 |

8:54 AM
02/23/10
Accrual Basis

# FEX, INC. DBA CREW HEALTH AND FITNESS
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **Equity** | |
| CAPITAL STOCK - ALLBEE 50% | 601,000.00 |
| CAPITAL STOCK - MCBEE 9% | -3,200.00 |
| CAPITAL STOCK - MED-CREW 25% | 93,480.83 |
| CAPITAL STOCK - MENDOZA 25% | 3,000.00 |
| Opening Bal Equity | -245,336.20 |
| PAID IN CAPITAL | 1,174,375.32 |
| RETAINED EARNING PRIOR | -808,303.42 |
| Net Income | -154,488.70 |
| **Total Equity** | 660,527.83 |
| **TOTAL LIABILITIES & EQUITY** | 815,385.58 |