UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| FEX, INC., | § | 10-33843-H5-11 |
| | § | |
| DEBTOR | § | Chapter 11 |

### EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL

COMES NOW FEX, INC., Debtor, and files this its Emergency Motion for Authority to Use Cash Collateral, and in support thereof would respectfully state as follows:

1.      Movant is the Debtor and Debtor in Possession herein.

2.      Compass Bank, Main Street Bank, Wells Fargo Bank, N.A. and Mission Milam Investors, L.P. assert a security interest in all of Debtor's inventory, receipts and accounts receivable to secure the indebtednesses owed them by Debtor.

3.      Debtor needs to continue its business herein in order to be able to propose a plan of reorganization.

4.      Debtor has no alternative borrowing source and to remain in business must be permitted to use its funds collected from providing its services to pay its employees and pay for necessary expenses, such as insurance, utilities, repairs, maintenance and office expenses.

5.      This motion is an emergency motion under Bankruptcy Rule 4001(b)(2).  Pending a final hearing on the relief requested by this motion, the Debtor needs to use the cash collateral to avoid immediate and irreparable harm to the estate in that absent such use the Debtor would be required to cease operations.

6.      The cash collateral at issue herein is the Debtor's receipts and accounts receivable from membership dues in its health and fitness club.  Debtor is requesting authorization for use

of cash collateral for 15 days in the amount of $24,070.83.  Obviously, Debtor consents to giving

these creditors replacement liens on all of their security.

WHEREFORE, premises considered, Debtor respectfully moves this Honorable Court to

authorize its use of cash collateral on an emergency basis and at a final hearing, and for such other

and further relief as is just.

Respectfully submitted,


_____/s/ Margaret M. McClure_____
MARGARET M. MCCLURE
State Bar No. 00787997
2 Houston Center
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (fax)
McClureMar@aol.com (e-mail)

ATTORNEY FOR DEBTOR

# Fex, Inc.

| | | |
|---|---|---|
| Payroll May 5th | 21,533.59 | |
| Helen Norris | 160.00 | Employee |
| Andrew Pantos | 210.00 | Employee |
| Theo Boyce | 35.00 | Employee |
| Christine Spray | 220.00 | Employee |
| Andrew Pantos | 41.56 | Employee |
| Matt Walker | 55.87 | Employee |
| Cirro Energy | 1,500.02 | Electricity |
| City of Houston, Water Dept. | 204.98 | |
| CenterPoint Energy | 109.81 | Gas |
| **Total Due Next 15 Days** | **$24,070.83** | |

| | |
|---|---|
| **Estimated Income Next 15 Days** | |
| Sales | 12,000 |
| EFT Funding | 14,350 |
| | |
| **Total** | **$26,350.00** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed electronically or mailed by first class mail, postage prepaid, or faxed this 5th day of May, 2010 to the following:

Mr. Charles F. McVay
U.S. Trustee
515 Rusk, 3rd Floor
Houston, Texas 77002

Mr. Jerry Sparks, Executive Director
4826 Washington Avenue
Houston, TX 77007

Ms. Darla C. Carlisle
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046

ATTORNEY FOR WASHINGTON/SHEPHERD PARTNERS, LTD.

Compass Bank
701 32nd Street South
Birmingham, AL 35233

Genesis Commercial Capital, LLC/
LEAF Funding, Inc.
17551 Gillette Avenue
Irvine, CA 92614

Genesis Commercial Capital, LLC/
Pentech Financial Services, Inc.
910 E. Hamilton Avenue, Suite 400
Campbell, CA 95008

Genesis Commercial Capital, LLC/
LEAF Funding, Inc.
P.O. Box 60607
Santa Barbara, CA 93160

Genesis Commercial Capital, LLC/
Pentech Financial Services, Inc.
17551 Gillette Avenue
Irvine, CA 92614

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures Branch
Insolvency Section II (7,11)
1919 Smith Street, Stop 5025HOU
Houston, TX 77002

Internal Revenue Service
c/o United States Attorney General
U.S. Department of Justice
10th & Constitution, N.W.
Washington, D.C. 20530

Internal Revenue Service
c/o United States Attorney
Southern District of Texas
P.O. Box 61129
Houston, TX 77208

Main Street Bank
23970 US 59 North
Kingwood, TX 77339

Mission Milam Investors, L.P.
3300 S. Gessner, Suite 270
Houston, TX 77063

Pawnee Leasing Corporation
700 Centre Avenue
F. Collins, CO 80526

Sterling Financial, Inc.
4200 Somerset Drive, #132
Prairie Village, KS 66208

Texas Comptroller of Public Accounts
c/o Mr. John Mark Stern
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Wells Fargo Bank, N.A./
Financial Pacific Leasing, LLC
P.O. Box 4568
Federal Way, WA 98063-4568

Wells Fargo Bank, N.A./
Financial Pacific Leasing, LLC
MAC N9311
161 Sixth and Marquette
Minneapolis, MN 55479

    /s/ Margaret M. McClure
MARGARET M. MCCLURE