

**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
05/06/2010

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| FEX, INC., | § § | 10-33843-H5-11 |
| DEBTOR | § § § | Chapter 11 |

### ORDER AUTHORIZING USE OF CASH COLLATERAL

On Motion of the Debtor and Debtor in Possession, FEX, INC., and having determined that the Motion should be granted, it is accordingly

ORDERED that FEX, INC. is authorized to use $24,070.83 of its cash collateral pending final hearing hereof.

SIGNED

MAY 0 6 2010

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED AND ENTRY REQUESTED:


___/s/ Margaret M. McClure___
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (fax)
McClureMar@aol.com (e-mail)

ATTORNEY FOR DEBTOR