IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| FEX, INC., | § | 10-33843-H5-11 |
|     DEBTOR | § | Chapter 11 |
| | § | |
| | § | |
| WASHINGTON/SHEPHERD PARTNERS, LTD., | § | |
|     MOVANT | § | |
| | § | |
| vs. | § | |
| | § | |
| FEX, INC. D/B/A CREW HEALTH & FITNESS, | § | |
|     RESPONDENT | § | |

## DEBTOR'S ANSWER IN OPPOSITION TO WASHINGTON/SHEPHERD PARTNERS, LTD.'S MOTION FOR RELIEF FROM STAY

COMES NOW WASHINGTON/SHEPHERD PARTNERS, LTD., Debtor, and files this answer in opposition to WASHINGTON/SHEPHERD PARTNERS, LTD.'S MOTION FOR RELIEF FROM STAY, and in support thereof, respectfully states as follows:

1. Debtor admits the allegations contained in paragraphs 1., 2. and 3. of Movant's Motion.

2. Debtor denies the allegations contained in paragraphs 4., 5., 7., 8., 9., 10., 11. and 14. of Movant's Motion. Debtor intends to timely cure any pre-petition or post-petition lease payment arrears.

WHEREFORE, Debtor respectfully prays that WASHINGTON/SHEPHERD PARTNERS, LTD.'S MOTION FOR RELIEF FROM STAY be in all things denied and that the Debtor have such other and further relief to which it may be entitled.

Respectfully submitted,

   /s/ Margaret M. McClure
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (fax)
McClureMar@aol.com (e-mail)

ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was electronically mailed or mailed by first class mail, postage prepaid, or faxed, this 15th day of June, 2010 to the following:

Mr. Charles F. McVay
U.S. Trustee
515 Rusk, 3rd Floor
Houston, Texas 77002

Ms. Darla C. Carlisle
Weycer, Kaplan, Pulaski & Zuber, P.C.
Eleven Greenway Plaza
Houston, TX 77046

ATTORNEY FOR WASHINGTON/SHEPHERD PARTNERS, LTD.

      /s/ Margaret M. McClure
      MARGARET M. MCCLURE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| FEX, INC., | § | 10-33843-H5-11 |
|     DEBTOR | § | Chapter 11 |
| | § | |
| | § | |
| WASHINGTON/SHEPHERD | § | |
| PARTNERS, LTD., | § | |
|     MOVANT | § | |
| | § | |
| vs. | § | |
| | § | |
| FEX, INC. D/B/A CREW | § | |
| HEALTH & FITNESS, | § | |
|     RESPONDENT | § | |

### SUMMARY OF EXHIBITS

These exhibits are referred to in the DEBTOR'S ANSWER IN OPPOSITION TO WASHINGTON/SHEPHERD PARTNERS, LTD.'S MOTION FOR RELIEF FROM STAY.

Description of Exhibit            Summary of Pertinent Parts

1.   WASHINGTON/SHEPHERD PARTNERS, LTD.'S MOTION FOR RELIEF FROM STAY.

Copies of the exhibits are available by request to:

   /s/ Margaret M. McClure
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (fax)
McClureMar@aol.com (e-mail)
ATTORNEY FOR DEBTOR