IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| FEX, INC., | § | 10-33843-H5-11 |
| | § | |
| DEBTOR | § | Chapter 11 |

## DEBTOR'S MOTION TO DISMISS
## CHAPTER 11 BANKRUPTCY CASE

COMES NOW FEX, INC., Debtor herein, and files this its Motion to Dismiss its Chapter 11 Bankruptcy Case as it no longer wishes to prosecute the case.

WHEREFORE, premises considered, Debtor respectfully moves that this Motion to Dismiss be granted, and that its Chapter 11 Bankruptcy be dismissed without prejudice as to refiling.

Respectfully submitted,

  /s/ Margaret M. McClure
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (fax)
McClureMar@aol.com (e-mail)

ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed electronically or mailed by first class mail, postage prepaid, or faxed this 23rd day of August, 2010 to the parties on the attached matrix.

                                     /s/ Margaret M. McClure
                                  MARGARET M. MCCLURE

**10-33843** FEX, Inc.
Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Karen K. Brown
**Date filed:** 05/04/2010 **Date of last filing:** 08/17/2010

# Attorneys

| | | |
|---|---|---|
| **Darla Catherine Carlisle**<br>Weycer Kaplan et al<br>11 Greenway Plaza<br>Ste 1400<br>Houston, TX 77046<br>713-961-9045<br>dcarlisle@wkpz.com<br> *Assigned: 05/05/2010* | representing | **Washington/Shepherd Partners, Ltd**<br>c/o Weycer, Kaplan, Pulaski & Zuber P.C.<br>11 Greenway Plaza<br>Suite 1400<br>Houston, Tx 77046<br>713-961-9045<br>1-866-449-7016 (fax)<br>dcarlisle@wkpz.com<br>*(Creditor)* |
| **John P Dillman**<br>Linebarger Goggan et al<br>1301 Travis Street<br>Suite 300<br>Houston, TX 77002<br>713-844-3478<br>713-844-3503 (fax)<br>houston_bankruptcy@publicans.com<br> *Assigned: 06/07/2010* | representing | **Harris County et al**<br>Linebarger Goggan Blair & Sampson LLP<br><br>c/o John P. Dillman<br>PO Box 3064<br>Houston, Tx 77253-3064<br>713-844-3478<br>713-844-3503 (fax)<br>houston_bankruptcy@publicans.com<br>*(Creditor)* |
| **Jay Walton Hurst**<br>Office of the Attorney General<br>300 West 15th Street<br>8th Floor<br>Austin, TX 78701<br>512-475-4861<br>512-482-8341 (fax)<br>jay.hurst@oag.state.tx.us<br> *Assigned: 05/06/2010* | representing | **Texas Comptroller of Public Accounts**<br>Jay W. Hurst<br>c/o Sherri K.Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711<br>*(Creditor)* |
| **Christine A March**<br>Office of the US Trustee<br>515 Rusk St<br>Ste 3516<br>Houston, TX 77002<br>713-718-4650 Ext. 239<br>713-718-4570 (fax)<br>christine.a.march@usdoj.gov<br> *Assigned: 05/04/2010*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **US Trustee**<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002<br>713-718-4650<br>USTPRegion07.HU.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |

| | | |
|---|---|---|
| **Margaret Maxwell McClure**<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010<br>713-659-1333<br>713-658-0334 (fax)<br>margaret@mmmcclurelaw.com<br>*Assigned: 05/04/2010* | representing | **FEX, Inc.**<br>4826 Washington Avenue<br>Houston, TX 77007<br>*(Debtor)* |
| **Timothy Aaron Million**<br>Munsch Hardt Kopf & Harr, P.C.<br>700 Louisiana<br>Suite 4600<br>Houston, TX 77002<br>713-222-4010<br>713-222-1475 (fax)<br>tmillion@munsch.com<br>*Assigned: 08/17/2010* | representing | **First National Bank of Southern Kansas**<br>*(Creditor)* |
| **Carl O Sandin**<br>Perdue Brandon Fielder Collins & MottLLP<br>1235 N Loop W Ste 600<br>Houston, TX 77008<br>713-862-1860<br>713-862-1429 (fax)<br>csandin@pbfcm.com<br>*Assigned: 06/04/2010* | representing | **Carl O. Sandin**<br>*(Creditor)* |
| **Timothy Webb**<br>Webb Associates<br>3401 Louisiana St<br>Ste 120<br>Houston, TX 77002<br>713-752-0011<br>timwebblaw@aol.com<br>*Assigned: 08/09/2010* | representing | **Jeff Alonzo**<br>6219 Queenswood Lane<br>Houston, TX 77008<br>*(Interested Party)* |
| | | **Troy Sams**<br>6219 Queenswood Lane<br>Houston, TX 77008<br>*(Interested Party)* |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/23/2010 17:56:04 | | | |
| **PACER Login:** | mm0211 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 10-33843 |

| Billable Pages: | 1 | Cost: | 0.08 |

```
Label Matrix for local noticing          Compass Bank (Unsecured) Department     FEX, Inc.
0541-4                                   P.O. BOX 201347                         4826 Washington Avenue
Case 10-33843                            ARLINGTON, TX 76006-1347                Houston, TX 77007-5304
Southern District of Texas
Houston
Mon Aug 23 17:57:25 CDT 2010

Harris County et al                      Texas Comptroller of Public Accounts   Washington/Shepherd Partners, Ltd
Linebarger Goggan Blair & Sampson LLP    Jay W. Hurst                           c/o Weycer, Kaplan, Pulaski & Zuber P.C.
c/o John P. Dillman                      c/o Sherri K.Simpson, Paralegal        11 Greenway Plaza
PO Box 3064                              P.O. Box 12548                         Suite 1400
Houston, Tx 77253-3064                   Austin, TX 78711-2548                  Houston, Tx 77046-1130

4                                        Alva Graphics                          Authur Carr
United States Bankruptcy Court           Attn:  Lessy                           c/o Carl O. Sandin
PO Box 61010                             1102 Shepherd                          1235 N. Loop West, #600
Houston, TX 77208-1010                   Houston, TX 77007-5428                 Houston, TX 77008-1772

Carl O. Sandin                           Compass Bank                           Compass Bank
1235 N Loop West #600                    701 20th Street South                  P.O. Box 10566
Houston, TX 77008-1772                   Birmingham, AL 35233-2042              Birmingham AL 35296-0002

Financial Pacific Leasing, LLC           Genesis Commercial Capital, LLC/       Genesis Commercial Capital, LLC/
PO Box 4568                              LEAF Funding, Inc.                     LEAF Funding, Inc.
Federal Way, WA 98063-4568               17551 Gillette Avenue                  One Commerce Square
                                         Irvine, CA 92614-5609                  2005 Market Street, 15th Floor
                                                                                Philadelphia, PA 19103-7009

Genesis Commercial Capital, LLC/         Genesis Commercial Capital, LLC/       Harris County, et al
Pentech Financial Services, Inc.         Pentech Financial Services, Inc.       Linebarger Goggan Blair & Sampson LPP
17551 Gillette Avenue                    240 E. Hacienda Avenue, Suite 100      c/o John P. Dillman
Irvine, CA 92614-5609                    Campbell, CA 95008-6617                P.O. Box 3064
                                                                                Houston, Texas 77253-3064

(p)INTERNAL REVENUE SERVICE              Internal Revenue Service               Main Street Bank
CENTRALIZED INSOLVENCY OPERATIONS        c/o United States Attorney             23970 US 59 North
PO BOX 21126                             Southern District of Texas             Kingwood, TX 77339-1535
PHILADELPHIA PA 19114-0326               P.O. Box 61129
                                         Houston, TX 77208-1129

Mission Milam Investors, L.P.            National Funding                       Pawnee Leasing Corporation
3300 S. Gessner, Suite 270               10800 NE 8th Street, Suite 802         700 Centre Avenue
Houston, TX 77063-5197                   Bellevue, WA 98004-4462                Ft. Collins, CO 80526-1842

Point Group                              Sterling Financial, Inc.               Sterling Financial, Inc.
Attn:  Valerie                           4200 Somerset Drive, Suite 132         c/o First National Bank of Southern Kans
5949 Sherry Lane                         Prairie Village, KS 66208-5213         100 N. Ohio
Dallas, TX 75225-6532                                                           Mt Hope, KS 67108

Texas Comptroller of Public Accounts     Texas Workforce Commission             US Trustee
c/o Mr. Jay W. Hurst                     Regulatory Integrity Division - SAU    Office of the US Trustee
Office of the Attorney General           101 E 15th Street, Room 556            515 Rusk Ave
P.O. Box 12548                           Austin TX 78778-0001                   Ste 3516
Austin, TX 78711-2548                                                           Houston, TX 77002-2604
```

| | | |
|---|---|---|
| (p)WACHOVIA BANK NA<br>PO BOX 13765<br>ROANOKE VA 24037-3765 | Washington/Shepherd Partners, Ltd.<br>c/o Ms. Darla C. Carlisle<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>11 Greenway Plaza, Suite 1400<br>Houston, TX 77046-1130 | Wells Fargo Bank, N.A.<br>BDD Bankruptcy Dept,<br>MAC S4101-08C<br>100 W. Washington Street<br>Phoenix, AZ 85003-1805 |
| Wells Fargo Bank, N.A.<br>Business Direct Operations<br>Attn: Customer Service<br>P.O. Box 348750<br>Sacramento, CA 95834-8750 | Wells Fargo Bank, N.A./<br>Financial Pacific Leasing, LLC<br>MAC N9311<br>161 Sixth and Marquette<br>Minneapolis, MN 55479-0001 | Wells Fargo Bank, N.A./<br>Financial Pacific Leasing, LLC<br>P.O. Box 4568<br>Federal Way, WA 98063-4568 |
| George D Conner<br>P.O. Box 926397<br>Houston, TX 77292-6397 | Jeff Alonzo<br>6219 Queenswood Lane<br>Houston, TX 77008-6342 | Margaret Maxwell McClure<br>909 Fannin Ste 3810<br>Houston, TX 77010-1030 |
| Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 | Ron Castro<br>2302 Fannin<br>Houston, TX 77002-9143 | Troy Sams<br>6219 Queenswood Lane<br>Houston, TX 77008-6342 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Special Procedures Branch<br>Insolvency Section II (7,11)<br>1919 Smith Street, Stop 5025HOU<br>Houston, TX 77002 |
| (d)Internal Revenue Service<br>c/o United States Attorney General<br>U.S. Department of Justice<br>10th & Constitution, N.W.<br>Washington, D.C. 20530 | Wachovia Bank, N.A.<br>Central Bankruptcy Dept. VA7359<br>P.O. Box 13765<br>Roanoke, VA 24037 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)First National Bank of Southern Kansas | (d)FEX, Inc.<br>4826 Washington Avenue<br>Houston, TX 77007-5304 | (u)Carl O. Sandin |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44