

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/14/2010

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| FEX, INC., | § | 10-33843-H5-11 |
| | § | |
| DEBTOR | § | Chapter 11 |

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE

CAME ON for consideration FEX, INC.'S Motion to Dismiss Chapter 11 Bankruptcy, and the Court finding good cause for granting said Motion, it is accordingly

ORDERED that FEX, INC.'S Chapter 11 Bankruptcy is hereby DISMISSED without prejudice as to refiling of same, and it is further

ORDERED that Debtor file all Monthly Operating Reports that are presently due or become due up to the date of dismissal and that Debtor pay all United States Trustee fees that are due or become due up to the date of dismissal.

SIGNED

SEP 1 4 2010

_____
UNITED STATES BANKRUPTCY JUDGE